# WITNESS AND SUBPOENA LIST
## OF INITIAL DISCOVERY

**A.** INMATE WITNESSES OF PLAINTIFF'S NUMEROUS REPRISALS, OBSTRUCTIONS, DEPRIVATIONS, ENTRAPMENT

- MARK HARDESTY — 1558771
- MAURICIA ACEVEDO — 2135781
- DONALD KING — 01565681
- PATRICK BOHNAM — 02370918
- ROBERT L. ALLEN — 0636644
- JOSEPH KARR — 2060396
- KENYON HURD — 0121221
- ROBERT MEDINA — 1588010
- JUAN A. GUERRA — 2263555
- HERBERT HUNT — 1333128
- ROY ▓▓▓▓ — 2386958
- ROY DEAN FERGUSON — 2179843
- ▓▓▓▓ JOHNSON — 1348700
- TERRY WAYNE HARRISON — 2136105
- RONNIX DIXON — 1270428
- JOSHUA GARCIA — 2249630
- JARROD DUNKIN — 2010595
- JONATHAN FULTON — 2269120
- ANTHONY HOLMES — 1876959
- KELTON YATES — 01204519
- GARY THOMPSON — 02863630
- CHRISTOPHER OLIVER — 2423029
- ELEAZAR MENTEZ — 1486158
- FRANCIS BLACKWELL — 0651020
- QUANTON JOHNSON — 688874

(Stamped: Nathan Ochsner, Clerk of Court, Southern District of Texas, FILED AUG 04 2023)

## EXPERT — LAY — FACT WITNESSES

IN CONJUNCTION WITH, TO BE IN JUNCTION TO, AND OR SUBPOENAED ACCORDANT TO ALL REFERENCES TO CODES DENOTE IN INITIAL DISCOVERY MOTION. THIS IS AN ATTACHMENT, AND OR APPENDIX TO INITIAL DISCOVERY MOTION.

(USA TODAY NEWS 1-19-21)
<u>REBEKAH JONES</u> (SCIENTIST) REPORTS A COVER-UP OF INFLATED COVID-19 NUMBERS; A FLORIDA BASED WHISTLEBLOWER WHOM WAS ATTACKED.

THERE DOES EXIST N.S.A. CONTRACTOR WHISTLEBLOWERS THAT PLAINTIFF NEED INFORMATION ON WHOM POSSESS CRITICAL EVIDENCES, AND EXPERT WITNESS TESTIMONY(S)....

<u>NOMI PRINS</u> (INVESTIGATIVE REPORTER\JOURNALIST) HAS DONE INDEPT INVESTIGATIONS ON THE CREATION OF THE FEDERAL RESERVE BANKING SYSTEM AND IT'S ▓▓▓ CREATORS....

**B.** CREDIBLE AND DIRECT WITNESSES; EXPERT WITNESSES

1. <u>MARK ZUCKERBERG</u> (OF FACEBOOK\META): CONCERN THE METAVERSE, PLAINTIFF, AND DOES HIS COMPANY FEATURE PLAINTIFF'S CYBER ENTRAPMENT?
   - A. — PLAINTIFF REQUEST TO KNOW: IF PLAINTIFF'S WEBSITE OR WEB PAGE WAS IS FEATURED ON META\FACEBOOK, DOES HE BELIEVE HIS LIFE WOULD BE IN DANGER IF SAID WEBSITE WAS MADE EASILY ACCESSIBLE TO THE PUBLIC AT LARGE INSTEAD OF A SECRET CRAFT PAGE, OR REPORTED OFFICIALLY TO A NUMBER OF NEWS AGENCIES; OR THE AUTHORITIES?
   - B. — PLAINTIFF REQUEST TO KNOW FROM MR. ZUCKERBERG: IS HE APART OF THE CRAFT CONFEDERATION OF THE D.A.O. (DECENTRALIZED, AUTONIMOUS, ORGANIZATION)

2. <u>CHARLES MEADOR</u> (ASST. WARDEN — ▓▓▓ MICHEAL U.) [T.D.C.J.]: PLAINTIFF HAD INITIATED SEVERAL RECTITUDINOUS RESOLUTIVE CRAFT D.A.O. CONFEDERATION LETTERS (MISSIVES) WITH HIS NAME BEING UTILIZED BY ME ON THE ENVELOPES (PLAINTIFF EXECUTED SAID LETTER BY DROPPING THEM IN THE PRISON MAILBOXES) — WHERE DID ORIGINALS END UP? CAN THEY BE LOCATED?
   - A. — PLAINTIFF REQUEST TO KNOW: ARE YOU A MEMBER OF THE CRAFT D.A.O.?
   - B. — PLAINTIFF REQUEST TO KNOW: DID THE CRAFT D.A.O. SPLINTER INTO TWO FACTIONS; ONE TOTALLY CORRUPT (TOTAL COMPROMISATION), THE OTHER ALTHOUGH INJURED, IS STILL AGAINST MY DEFENDANTS?

3. <u>NICOLE ▓▓▓ SANDIFER</u> (MAJOR ON MICHEAL U.) [T.D.C.J.]: PLAINTIFF REQUEST HER KNOWLEDGE OF THE D.A.O. CONFEDERATION, AND THE EXACT QUESTIONS ASKED CHARLES MEADOR CONCERNING R.RESOLUTIONS OF D.A.O. CRAFT CONFEDERATION LETTERS UTILIZING HER NAME ON ENVELOPES; HOW WERE LETTERS SECURED?

4. POPULAR SCIENCE MAGAZINE'S FORMER CHAIRMAN TOMAS FRANZEN; FORMER C.E.O. ZERIK CZENKO; AND FORMER ▓▓▓ P.R. VICE PRESIDENT PERRI DORSET CONCERNING: AN ARTICLE FEATURED IN 2012 OF SOME VERY SOPHISTICATED DEVICES IN THE FORM OF NANO CAMERAS THE SIZE OF A PEN-TIP THAT CAN DO AMAZING THINGS?

*Wendell Roy Mitchell, Wahid Mujtaba Muhammad, Yesh Ha-Amm*

— PLAINTIFF REQUEST TO KNOW: OTHER DETAILS ABOUT THE NANO CAMERAS, AND THE COMPANY THAT DEVELOPED THE DEVICES NOT RELAYED IN ANY ARTICLE THAT I KNOW OF THEREAFTER?....

(C) PLAINTIFF REQUEST THE WITNESS TESTIMONY OF THE FOLLOW PEOPLE, AND ENTITIES: CONCERNING THEIR KNOWLEDGE OF PLAINTIFF, AND THE FRATERNAL SUPREMACIST ELITIST ORDERS; ALSO THEIR KNOWLEDGE OF THE EXPERIENCE (METAVERSE):

1. JANET JACKSON — POWER OF ATTORNEY — SINGER ACTRESS
2. MILEY CYRUS (DESTINY HOPE CYRUS) POWER OF ATTORNEY — SINGER CHILD ACTRESS
3. TYLER PERRY — POWER OF ATTORNEY — ACTOR, MOVIE MAKER, DIRECTOR
4. JANNELLE MONAE — POWER OF ATTORNEY — SINGER, ACTRESS
5. VENUS WILLIAMS    SUPPOSED POWER OF ATTORNEY — SPORT, TENNIS STAR
6. ONIKA MARAJ (NIKKI MINAJ) POWER OF ATTORNEY — RAPPER, ACTRESS
7. JENNIFER LOPEZ — POWER OF ATTORNEY — SINGER, ACTRESS
8. HALLE BARRY — POWER OF ATTORNEY — ACTRESS
9. YARA SHAHIDI — POWER OF ATTORNEY — ACTRESS
10. JANAY WOODARD — ONCE CONFIDENTIAL INFORMANTANTS — CIRCLE
11. STEPHANIE AMHURST — ONCE CONFIDENTIAL INFORMANTS — CIRCLE
12. CHRYSTAL BATES — ONCE CONFIDENTIAL INFORMANTS — CIRCLE

(D) NOTABLE INDIVIDUALS PLAINTIFF MET BY WAY OF THE CYBER TECHNOLOGY, A.I., AND METAVERSE, (EXPERIENCE):

1. TARAJI P. HENSEN
2. KATY PERRY (KATHRYN HUDSON)
3. ICE CUBE (O'SHEA JACKSON)
4. DANA OWEN (QUEEN LATIFA)
5. BELCALIS MARLENIS ALMANZA (CARDI-B)
6. MIKE POMPEO (C.I.A. DIRECTOR)
7. ELON MUSK (SPACE-X, TESLA)
8. JEFF SESSIONS (U.S. ATTORNEY GEN.)
9. MIKE PENCE (EX-VICE PRESIDENT)
10. DAVID PETRAEUS (EX-GEN. AIRFORCE, EX-C.I.A DIR.)
11. BILL GATES (MICROSOFT)
12. RON DESANTOS (FLORIDA GOV.)
13. GREG BROCKMAN (OPEN A.I.'s, CHAT G-P.T.)
14. DANIEL COATS (DIR. NATIONAL INTELLIGENCE)
15. CALVIN BROADUS (SNOOP DOG) RAPPER, ACTOR
16. CLIFTON HARRIS (T.I.) RAPPER, ACTOR
17. PATRICE COLORS (ME TOO)
18. LALA VASQUEZ

(E) CRITICAL, DIRECT, CIRCUMSTANTIAL WITNESSES OF ENTITIES, OR BUISNESS CONGLOMORATES I'VE (PLAINTIFF) HAS MET VIA THE CYBER A.I. SURVEILLANCE SYSTEMS, AND METAVERSE:

1. NATIONAL BASKETBALL ASSOCIATION (N.B.A.) — ADAM SILVER, AND EMPLOYEES
2. WOMEN NATIONAL BASKETBALL ASSOCIATION (W.N.B.A) — COMMISSIONER, AND EMPLOYEES
3. NATIONAL FOOTBALL LEAGUE (N.F.L.) — ROGER GOODELL, AND EMPLOYEES
4. MAJOR LEAGUE SOCCER (M.L.S.) — (FOOTBALL E.U.) COMMISSIONER, AND EMPLOYEES
5. MIX MARTIAL ARTS (M.M.A.) — DANA WHITE, AND EMPLOYEES
6. MAJOR LEAGUE BASEBALL (M.L.B.) — ROB MANFORD, AND EMPLOYEES
7. SCREEN ACTORS GUILD, AMERICAN FEDERATION OF TELEVISION, AND RADIO ARTIST (SAG AFTRA) ORGANIZERS, ACTORS, ACTRESS, RADIO PERSONALITIES ETC.
8. E.S.P.N. SPORT JOURNALISTS, AND HOSTS
9. THE ALLIANCE OF MOTION PICTURES, AND STUDIOS

(F) CRITICAL, DIRECT, AND CREDIBLE FAMILY WITNESSES THAT IS AWARE OF PLAINTIFF'S CYBER-TECH OPPRESSIVE ENTRAPMENT: [NOTE: MY FAMILY'S LIVES HAVE BEEN IN DANGER]

1. LILLIAN DAVIS (MOTHER), AND FAMILY
2. DEJA ANN GOODY (DAUGHTER), AND SISTERS
3. LUCINDA ANN GOODY (DAUGHTERS MOTHER)
4. RICHARD MITCHELL (UNCLE)
5. JOSEPH ORPHEY, AND FAMILY
6. DONNELL GRIFFEN, AND FAMILY
7. ARRON FINNLY, AND FAMILY
8. JARROD FISHER,
9. DOMINIC SHARROD, AND FAMILY
10. QUINTIN FISHER, AND FAMILY
11. LION LEDDET
12. DANNY KING
13. DARREL KING
14. ALLEN HAZE
15. MANUEL HAZE
16. DERRICK SALTER, AND FAMILY
17.
18. DONALD THOMAS (BROTHER)

*Newbell Ray Mitchell, Wahid Mustafah Muhammad, Yeshu Ha-Amm*

# EXPERT AND FACT WITNESSES

(G) PSYCHOLOGISTS THAT WERE STATIONED, OR HAVE COUNSELED WORKERS, AND OR PATRONS AT ANY "EXPERIENCE" LOCATION:

1. KENNETH BELT (T.D.C.J.) HOSTIL KNOWS PLAINTIFF PERSONALLY
2. JEANETTE HARDING (T.D.C.J.) KNOW PLAINTIFF PERSONALLY
3. SUSAN NICHALS (T.D.C.J.) HOSTIL KNOW PLAINTIFF PERSONALLY

THERE ARE MANY OTHER PSYCHOLOGISTS, AND PRACTITIONERS WHO MAY BE LISTED AS MEMBERS OF THE AMERICAN PSYCHOLOGICAL ASSOCIATION: PLAINTIFF REQUEST THOSE NAMES AFTER NECESSARY INVESTIGATIONS....

(H) THIS IS A LIST OF LAY, QUALIFIED, FACT, AND EXPERT WITNESSES OF VARIOUS IMPRESSIONABLE BUISNESS ORGANIZATIONS AND ASSOCIATIONS WHO'VE MET PLAINTIFF VIA THEIR OCCUPATION, UNIVERSITY, ▓ OR OTHER ALMAMATER, AND OR FRATERNAL-SORORAL ▓ INCLUSIVE AFFILIATION, AND THE CAPACITIES OF THE CYBER-TECHNOLOGY AND A.I., S.A.G.I., A.G.I. CONNECTIVITY:

1. MALIKA ANDREWS (E.S.P.N) ET AL.
2. SAGE STEELE (E.S.P.N)
3. OGWUIEMEKE (E.S.P.N.)

3. CANDACE PARKER (W.N.B.A.)
4. TINA CHARLES (W.N.B.A.)
5. BRITTNEY GRINER (W.N.B.A.)
6. BREANNA STEWARD (W.N.B.A.)
7. DIANA TAURASI (W.N.B.A.)
8. ARIKA OGUNBOWALE (W.N.B.A)
ROOKIE 9. ALISHA BOSTON (S. CAROL., INDIAN-W.N.B.A.,N.C.A.A.)
ROOKIE 10. ANGEL REESE (L.S.N., N.C.A.A.)
ROOKIE 11. CAITLEN CLARK (N.C.A.A.)  ET. AL.

12. DAWN STALEY (N.C.A.A.) S. CAROLINA COACH
13. KIM MULKEY (N.C.A.A.) BAYLOR COACH
ET AL.

(I) THIS IS A LIST OF CONGRESSMEN WHOM RESIGNED THE YEAR BARRACK OBAMA ATTEMPTED TO REPEAL THE BILL OF RIGHTS IN TOTAL, THEN PARTIALLY IN 2011 AND 2012. THEIR TRUE REASONS ▓ FOR LEAVING, AND OR SABOTAGE THEIR POSITIONS MAY HAVE NOT BEEN PUBLICILY REVEALED: THERE WAS GOVERNMENTAL SECRETS NOT EXPOSED CONCERN SUBVERSIVE ACTIVITIES; I BELIEVE THE FOLLOWING INDIVIDUALS HAVE THE TRUTH:

1. REP. CHRISTOPHER LEE (R) NY, 2-9-11 RESIGNED
2. SEN. JOHN ENSIGN (R) NV, 4-13-11 RESIGNED
3. SEN. JOHN EDWARDS (D) N.C. INDICTED
4. REP. ANTHONY WEINER (D) N.Y. RESIGNED
5. REP. DAVID WU (D) OR, 7-26-11 RESIGNED
6. ~~HOUSE MAJ. LEADER TOM DELAY (R) TX. MONEY LAUNDERING~~
7. GEN. STANLEY MC CHRYSTAL RESIGNED

(J) THIS IS A LIST OF CONGRESSMEN WHO WERE PRESENT, AND SHOULD VOUCH FOR THE ATTEMPTED REPEAL, OR NEGATIVE REVISION (THE ILLEGAL ATTEMPT THEREOF) OF THE BILL OF RIGHT DURING THEIR TENURE:

1. SEN. AND HOUSE SPEAKER JOHN BOEHNER
2. REP. PAUL RYAN
3. SEN. JOHN KERRY (ALSO AS SEC. OF STATE)
4. MAJ. LEADER HARRY REID
5. JOSEPH BIDEN (VICE PRESIDENT)
6. MITCH MCCONNELL (SEN.)
7. SCOTT BROWN (SEN.)
8. ERIC HOLDER (ATT. GENERAL)

(H) HERE IS A LIST OF PAST AND PRESENT MEMBERS OF SKULL AND BONES THAT HAVE HELD POWERFUL POSITIONS I OBTAINED THROUGH RESEARCH: JOHN KERRY, GEORGE H.W. BUSH, GEORGE W. BUSH, WILLIAM J. CLINTON, DONALD J. TRUMP, DICK CHENEY, ROTHCHILDS, ARNOLD SCHWARZENEGGER ETC., THEY ARE VERY SECRETIVE, AND HIDES EXTREME WEALTH, POWER AND INFLUENCE; ALSO HENRY LUCE (TIME, LIFE

7/31/23  Wendell Roy Martin, Wahid Musjahd Muhammad, Yehu Ha-Amin